UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-8441-RMM

IN RE:

SEALED CRIMINAL COMPLAINT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, respectfully requests that the Criminal Complaint, Affidavit and supporting documentation, relative to the above-captioned matter, be SEALED until further order of this Court. The defendant is the target of an on-going investigation and early release of the Criminal Complaint and related documents would compromise the investigation and could lead those involved in the crime to elude law enforcement.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: s/Mark Dispoto  For
Mark Dispoto
Assistant United States Attorney
Court ID No. A5501143
500 S. Australian Avenue,
West Palm Beach, FL 33401
(561) 209-1032 Office
Mark.Dispoto@usdoj.gov