## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-8441-RMM
_____

IN RE:

**SEALED CRIMINAL COMPLAINT**
_____/

### SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Criminal Complaint, Affidavit and supporting documentation, and the Court finding good cause:

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit and supporting documents, shall be filed under seal until further order of this Court, relative to the above-captioned matter.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this 16 day of September, 2024.

HONORABLE RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE