UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-8441-RMM

IN RE:

SEALED CRIMINAL COMPLAINT
_____/

## MOTION TO UNSEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby requests this Honorable Court to unseal the Sealed Criminal Complaint Application, Affidavit, Penalty Sheet, and Bond Recommendation in the above titled matter for the purpose of conducting an Initial Appearance on the criminal charges in West Palm Beach, Florida on September 16, 2024.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Adam C. McMichael
ADAM C. McMICHAEL
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 0772321
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1040
E-mail: adam.mcmichael@usdoj.gov