UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-8441-RMM

IN RE:

SEALED CRIMINAL COMPLAINT
_____/

**ORDER TO UNSEAL**

This cause came before the Court on the government's Motion to Unseal. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the government's motion is hereby **GRANTED**, and the Clerk of the Court shall unseal the Criminal Complaint Application, Affidavit, Penalty Sheet, and Bond Recommendation in the above titled matter for the purpose of conducting an Initial Appearance on the criminal charges in West Palm Beach, Florida on September 16, 2024.

DONE AND ORDERED at West Palm Beach, Florida, this 16 day of September 2024.

HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA